AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Tanya Bishop | ) Case: 1:23-mj-00335 |
|  | ) Assigned to: Judge Harvey, G. Michael |
|  | ) Assign Date: 12/4/2023 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Tanya Bishop                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. § 231(a)(3) - Civil Disorder;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings;
40 U.S.C. § 5104(e)(2)(G) - Parading, Picketing, and Demonstrating in a Capitol Building.

Date: 12/04/2023

Digitally signed by G. Michael Harvey
Date: 2023.12.04 10:51:59 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.       G. Michael Harvey, U.S. Magistrate Judge
                                        *Printed name and title*

### Return

This warrant was received on *(date)* 12/4/23, and the person was arrested on *(date)* 12/8/23
at *(city and state)* Snow Hill, NC.

Date: 12/8/23

*Arresting officer's signature*

Pete Mines, FBI Special Agent
*Printed name and title*