**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Criminal No. 23-MJ-335** |
| | **:** | |
| | **:** | |
| **TANYA BISHOP,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## ORDER

Upon consideration of the United States' Consent Motion for a 30-day continuance of the

status conference scheduled for May 30, 2024 and to exclude the time within which the trial

must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq. it is hereby ORDERED:

1. That the status hearing scheduled for May 30, 2024 is hereby vacated;

2. That the status hearing shall be continued until June 27, 2024 at 1:00 p.m.;

3. That time under the Speedy Trial Act shall be excluded from the date of this order until June 27, 2024;

4. That the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and

**SO ORDERED.**

Date:  May 27, 2024

_____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE