UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL CASE NO.** |
| | : | |
| v. | : | **MAGISTRATE CASE NO. 23-MJ-335-2** |
| | : | |
| **TANYA BISHOP,** | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 111(a)(1)** |
| Defendant. | : | **(Assaulting, Resisting, or Impeding Certain Officers)** |

**I N F O R M A T I O N**

The United States Attorney charges that at all relevant times:

**COUNT ONE**

On or about January 6, 2021, within the District of Columbia, **TANYA BISHOP**, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, that is, an officer from the Metropolitan Police Department, while such officer was engaged in and on account of the performance of the officer's official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers**, in violation of Title 18, United States Code, Section 111(a)(1))

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

2

By:   *Kyle R. Mirabelli*

      Kyle R. Mirabelli
      N.Y. Bar 5663166
      Assistant United States Attorney
      District of Columbia
      601 D Street, N.W.
      Washington, DC 20530

2