# IN THE DISTRICT COURT OF THE UNITED STATES

# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | 1:24CR299-APM |
| | ) | |
| | ) | **MOTION TO CONTINUE** |
| | ) | **SENTENCING HEARING** |
| vs. | ) | |
| | ) | |
| **TANYA BISHOP,** | ) | |
| Defendant. | ) | |

NOW COMES the defendant, TANYA BISHOP, by and through her undersigned counsel and moves this Honorable Court to continue the sentencing hearing currently set for January 10, 2025 at 11:00 am. In support of said motion, the Defendant states the following:

1. Ms. Bishop plead guilty to Count 1 on August 19, 2024.

2. Following acceptance of her guilty plea, the sentencing hearing date was set for January 10, 2025 at 11:00 am.

3. Ms. Bishop resides in Snow Hill, a small rural area in Greene County, North Carolina.

4. Ms. Bishop receives Social Security and is a single mother of 9-year-old twin sons. She resides with her sons, her thirty-year-old daughter and her 7-month-old granddaughter in a subsidized rental home. PSR ¶119.

5. Ms. Bishop planned to obtain a hotel room for herself, her daughter and the three children in DC on January 9, 2025 for her sentencing hearing the following morning.

6.      Due to her limited income and the recent Christmas holiday, she planned to obtain the hotel room after January 1, 2025 once her Social Security for the month arrived.

7.      With the recent passing of former President Carter and the plans for his lying in state and subsequent official state funeral on January 9, 2025, hotel and other housing (Airbnb, Vrbo, etc.) has become limited and prices have risen.

8.      Ms. Bishop has been unable to find accommodations she can afford for the night of January 9, 2025 for herself and her family.

9.      Additionally, the weather forecast for the entire eastern United States is calling for dangerously frigid temperatures and possible snow in eastern North Carolina.[1]

10.     With the inability to find affordable lodging, Ms. Bishop would be forced to drive from her Snow Hill, NC home to the E. Barrett Prettyman federal courthouse the morning of January 10, 2025. This drive is 276 miles and takes over four and a half hours with no stops or traffic.

11.     With the impending bad weather, it would be difficult and possibly dangerous for Ms. Bishop to bring her two minor children, daughter and infant granddaughter with her for her sentencing hearing.

12.     Ms. Bishop's daughter would like to address the court at the sentencing hearing as well as be present for emotional support for her mother and her two young brothers.

13.      Prior to filing this motion, counsel for the defendant contacted AUSA Kyle Mirabelli and he indicated that the government opposed the motion because he had "looked online and it seems like there are some fairly cheap hotel options available for

---

[1] https://www.nytimes.com/2025/01/02/weather/winter-storm-cold-forecast-snow.html;
https://www.cnn.com/2025/01/01/weather/arctic-cold-outbreak-forecast-climate/index.html;
https://www.foxweather.com/weather-news/us-arctic-blast-temperatures-january-2025

January 9-10 so I would oppose a continuance on that basis" and included the following screen shot:



12.  While these may be the advertised base rate for these three hotels, once you navigate to the hotel websites and accurately reflect that the room needed would be for two adults and three children, ages 9, 9, and less than a year; the rates are significantly higher.

13.  The Motto by Hilton Washington DC rate jumps to over $300 and requires no more than two occupants per room, even if children. The Darcy climbs to $294 and Yotel to $290.  Counsel was unable to ascertain if there were actually rooms available at any of these rates.

14.  This continuance motion has not been filed for the purpose of undue delay and the defendant has not filed any other motions to continue.

WHERFORE counsel respectfully requests that the sentencing hearing in this matter be continued.

Respectfully Submitted,

/s/Renae Alt-Summers
Renae Alt-Summers
Attorney for the Defendant
3608C Landmark Drive
Columbia, SC 29204
(828)243-5253
raltsummers@gmail.com
Attorney ID#: 10531

January 2, 2025